MARIA POLOHA, respondent,

*v.*

PETER RUMANE et al., &c., appellants.

[Submitted June 2d, 1947. Decided September 12th, 1947.]

*Mr. Aaron Heller,* for the appellants.

*Mr. John G. Dluhy,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis and reported at *137 N. J. Eq. 167.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, McLEAN, SCHETTINO, JJ. 11.

*For reversal*—HEHER, FREUND, McGEEHAN, JJ. 3.